IN THE MATTER OF THE ESTATE OF FANNY
GREEN, DECEASED.

January 11, 1983.

Petition for certification denied.

BETTY FOREHAND v. BIRUTE S. PREIKSTAS, M.D.

January 11, 1983.

Petition for certification denied.

EUGENE T. O'TOOLE v. THE ITEM PUBLISHING COMPANY.

January 11, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES HENRY NEAL.

January 11, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES T. OLIVER.

January 11, 1983.

Petition for certification denied.